## Wilkinson *v.* Wilkinson, Appellant.

Argued September 12, 1967. *George S. Forde, Jr.*, with him *Stradley, Ronon, Stevens & Young*, for appellant; *George M. Bobrin*, with him *Weinstein and Bobrin*, for appellee.

PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.